IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Ted D. Ellis and Teresa Ellis, | ) C/A No.: 9:19-cv-2163-RMG-MGB |
| Plaintiffs, | ) |
| v. | ) |
| Cody C. Kirkman, Individually; Amber Swinehammer, Individually; Lindsey Gibson, Individually; Cody C. Kirkman, Amber Swinehammer, and Lindsey Gibson, as Agents/ Officers of Town of Bluffton Police Department; and Town of Bluffton Police Department, | ) |
| Defendants. | ) |

## AFFIDAVIT OF SERVICE

PERSONALLY appeared before me the undersigned who, being duly sworn, on oath says:

1. That she is an employee in the Law Offices of Christy Scott, LLC, attorney for the Defendants herein;

2. That there is between Walterboro, South Carolina, and Beaufort, South Carolina a regular communication by mail;

3. That on **25th** of June 2020, she mailed a true and correct copy of the foregoing Offer of Judgment and Affidavit of Service with regard to the above referenced matter to Plaintiffs' attorney herein by enclosing the same in a postpaid envelope addressed to:

Arie D. Bax
The Bax Law Firm
2 Merchants Lane, Suite 210
Beaufort, SC 29907

and depositing the same in the post office at Walterboro, South Carolina; and

4. That she is not a party to this action.

_____

SWORN to before me this
25 day of June 2020

_____ (L.S.)
Notary Public for South Carolina
My Commission Expires: 2-8-2026

Doc #201