IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Ted D. Ellis and Teresa Ellis, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C/A No.: 9:19-cv-2163-RMG-MGB |
| | ) | |
| Cody C. Kirkman, individually; Amber Swinehammer, individually; Lindsey Gibson, individually; Cody C. Kirkman, Amber Swinehammer, and Lindsey Gibson, as agents/officers of Town of Bluffton Police Department; and Town Of Bluffton Police Department | ) ) ) ) ) ) ) | ADR STATEMENT AND CERTIFICATION |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ALTERNATIVE DISPUTE RESOLUTION ("ADR")**

**STATEMENT AND CERTIFICATION**

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he (1) provided the party he or she represents with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) unsuccessfully attempted to discuss the advisability and timing of ADR with opposing counsel.

                                                        Respectfully submitted,

September 21, 2020

                                                    s/ Arie D. Bax
                                                    FEDERAL ID #: 10340
                                                    The Bax Law Firm
                                                    10 Sams Point Way Ste B-1 PMB 138
                                                    Beaufort, SC 29907
                                                    Phone: (843) 522-0980 Fax: (843) 379-3115
                                                    ATTORNEY FOR THE PLAINTIFFS