

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

June 9, 2020

Chief Christopher Chapmond
Bluffton Police Department
101 Progressive Street
Bluffton, South Carolina  29910

RE: Officer Cody Kirkman

Dear Chief Chapmond:

The purpose of this letter is to inform you in writing that the Columbia Division, Hilton Head Resident Agency of the Federal Bureau of Investigation (FBI), has initiated a Civil Rights, Color of Law inquiry into allegation of unlawful force by Officer Cody Kirkman upon Ted D. Ellis, while conducting a traffic stop on August 3, 2017.

In order to complete our inquiry in a timely manner, we are respectfully requesting copies of any and all records or documents maintained by your agency which pertain to this incident. The materials which are requested include, but are not limited to, Incident report(s), use of force report(s), Complaints, Investigative or Supplemental Report(s), Victim/Witness/Subject statements, photographs, audio and/or video recording(s), medical records and any other records which you have in your possession and which involve this incident.

**We would also request that any officer statements taken pursuant to any internal investigation also be furnished to our office. In order to protect the confidentially of these statements, we would ask that they be marked as "Garrity" statements and placed in a separately-sealed envelope.**

Please send the documents and other items to Special Agent George French, in care of SA George French, ▇▇▇▇ Hilton Head, South Carolina, 29928. If you have any questions or inquiries regarding this request please contact SA



DEFENDANT'S EXHIBIT
A

French directly at ███████████  Your prompt assistance and cooperation are greatly appreciated.

Sincerely,

Alphonso Norris
Special Agent in Charge

By: *[signature]*
John N. Warrington
Supervisory Special Agent