IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Ted D. Ellis and Teresa Ellis, | C/A No.: 9:19-cv-02163-RMG-MGB |
| Plaintiffs, | |
| v. | |
| Cody C. Kirkman, Individually; Amber Swinehammer, Individually; Lindsey Gibson, Individually; Cody C. Kirkman, Amber Swinehammer, and Lindsey Gibson, as Agents/ Officers of Town of Bluffton Police Department; and Town of Bluffton Police Department, | |
| Defendants. | |

PERSONALLY appeared before me the undersigned who, being duly sworn, on oath says:

1. That he is an employee in the Law Offices of Christy L. Scott, LLC, attorney for the Defendants herein;

2. That there is between Walterboro, South Carolina and Barnwell, South Carolina a regular communication by mail;

3. That on 29th day of September 2020, he mailed a true and correct copy of the Report and CV of Defendants' Expert Brian Batterton and Affidavit of Service to an attorney for the Plaintiff herein by enclosing the same in a postpaid envelope addressed to:

    Arie D. Bax
    Bax Law Firm
    2 Merchants Lane, Ste. 210
    Beaufort, SC 29907

and depositing the same in the post office at Walterboro, South Carolina; and,

Doc #590



DEFENDANT'S EXHIBIT C

further, emailed same to Attorney Bax at his provided email address of:

        Email: <u>arie.baxlaw@gmail.com</u>

4.    Further, he is not a party to this action.

SWORN to before me this
29 day of September 2020

_____ (L.S.)
Notary Public for South Carolina
My Commission Expires: 11-26-22

Doc #590