# LOFTON & LOFTON, P.C.
## Attorneys at Law
225 Seven Farms Drive, Suite 109
Charleston, SC 29492
www.loftonandlofton.com

Lionel S. Lofton
Frances Cain Lofton
William H. Waring, III

Telephone: (843) 722-6319
Telefax: (843) 722-6372
E-Mail: lofton@loftonandlofton.com

September 3, 2020

Christy Scott, Esquire
Law Office of Christy Scott, LLC
PO Box 1515
Walterboro, SC 29488

RE: Officer Cody Kirkman
    Federal Investigation

Dear Christy:

This letter follows our telephone conversation of yesterday, September 2, 2020, concerning the above-captioned matter. As I advised you, I spoke with AUSA Ben Garner yesterday concerning the status of their investigation in light of the fact that they had completed their interviews of the two (2) other officers in the case. AUSA Garner advised me that their investigation was ongoing and he did not anticipate a prosecutorial decision to be made until late 2020 or maybe early 2021. I will let you know if anything develops that changes that time line.

With kindest regards, I remain

Very truly yours,

Lionel S. Lofton

LSL/tra



DEFENDANT'S EXHIBIT D

Lofton & Lofton, PC
225 Seven Farms Drive, Suite 109
Charleston, SC 29492

CHARLESTON
SC 294
03 SEP '20
PM 3 L


02 1P
0000306730
MAILED FROM ZIP CODE 29492
$ 000.50⁰
SEP 03 2020
UNITED STATES POSTAGE
PITNEY BOWES

Christy Scott, Esquire
Law Office of Christy Scott, LLC
PO Box 1515
Walterboro, SC 29488

29488-C01515