# LOFTON & LOFTON, P.C.
## Attorneys at Law
225 Seven Farms Drive, Suite 109
Charleston, SC 29492
www.loftonandlofton.com

Lionel S. Lofton
Frances Cain Lofton
William H. Waring, III

Telephone: (843) 722-6319
Telefax: (843) 722-6372
E-Mail: lofton@loftonandlofton.com

September 29, 2020

Christy Scott, Esquire
Law Office of Christy Scott, LLC
PO Box 1515
Walterboro, SC 29488

RE: Office Cody Kirkman
    Federal Investigation

Dear Christy:

This letter is a follow up to my letter to you of September 3, 2020. As I advised you in that letter, AUSA Ben Garner advised me that the criminal civil rights investigation of Officer Cody Kirkman was ongoing and he did not anticipate a prosecutorial decision in the case until late 2020 or maybe early 2021.

Based on the above, Officer Kirkman will stand on his previously filed report and will not provide any additional statements or sit for a deposition in any matter related to the incident under investigation.

With kindest regards, I remain

Very truly yours,

Lionel S. Lofton

LSL/tra



DEFENDANT'S EXHIBIT E