IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Ted D. Ellis and Teresa Ellis, ) | C/A No.: 9:19-cv-02163-RMG-MGB |
| Plaintiffs, ) | |
| v. ) | |
| Cody C. Kirkman, Individually; ) Amber Swinehammer, ) Individually; Lindsey Gibson, ) Individually; Cody C. Kirkman, ) Amber Swinehammer, and ) Lindsey Gibson, as Agents/ ) Officers of Town of Bluffton ) Police Department; and Town of ) Bluffton Police Department, ) | |
| Defendants. ) | |

PERSONALLY appeared before me the undersigned who, being duly sworn, on oath says:

1. That he is an employee in the Law Offices of Christy L. Scott, LLC, attorney for the Defendants herein;

2. That there is between Walterboro, South Carolina and Barnwell, South Carolina a regular communication by mail;

3. That on 28 day of September 2020, he mailed a true and correct copy of the Defendants Cody C. Kirkman, Amber Swinehammer and Lindsey Gibson's Answers to Plaintiff's Interrogatories and Defendants Joint Responses to Requests for Production and Exhibits and Affidavit of Service to an attorney for the Plaintiff herein by enclosing the same in a postpaid envelope addressed to:

Doc #298



DEFENDANT'S EXHIBIT H

Arie D. Bax
Bax Law Firm
2 Merchants Lane, Ste. 210
Beaufort, SC 29907

and depositing the same in the post office at Walterboro, South Carolina; and, further, emailed same to Attorney Bax at his provided email address of:

Email: arie.baxlaw@gmail.com

4. Further, he is not a party to this action.

SWORN to before me this
26 day of September 2020

_____ (L.S.)
Notary Public for South Carolina
My Commission Expires: 11-26-22

Doc #298