| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HuntGroup | (718) 701-5410 | (843) 522-0980 | - | - | 2020-09-09 09:42:52 AM EDT | Incoming | 00:00:56 |
| HuntGroup | (843) 522-5173 | (843) 522-0980 | - | - | 2020-09-08 06:36:04 PM EDT | Incoming | 00:00:07 |
| HuntGroup | (210) 531-8722 | (843) 522-0980 | - | - | 2020-09-08 05:08:13 PM EDT | Incoming | 00:02:36 |
| HuntGroup | (601) 218-4863 | (843) 522-0980 | - | - | 2020-09-08 05:06:24 PM EDT | Incoming | 00:00:05 |
| HuntGroup | (601) 218-4863 | (843) 522-0980 | - | - | 2020-09-08 04:50:22 PM EDT | Incoming | 00:01:11 |
| HuntGroup | (843) 255-1000 | (843) 522-0980 | - | - | 2020-09-08 04:00:23 PM EDT | Incoming | 00:03:15 |
| HuntGroup | (843) 929-3227 | (843) 522-0980 | - | - | 2020-09-08 03:31:46 PM EDT | Incoming | 00:00:06 |
| HuntGroup | (601) 218-4863 | (843) 522-0980 | - | - | 2020-09-08 02:49:24 PM EDT | Incoming | 00:23:05 |
| HuntGroup | (803) 632-3311 | (843) 522-0980 | - | - | 2020-09-08 12:55:00 PM EDT | Incoming | 00:01:05 |
| HuntGroup | (704) 614-3496 | (843) 522-0980 | - | - | 2020-09-08 12:52:49 PM EDT | Incoming | 00:00:07 |
| HuntGroup | (843) 584-2679 | (843) 522-0980 | - | - | 2020-09-08 12:48:39 PM EDT | Incoming | 00:04:04 |
| HuntGroup | (843) 258-0093 | (843) 522-0980 | - | - | 2020-09-08 12:15:58 PM EDT | Incoming | 00:04:59 |
| HuntGroup | (912) 255-1198 | (843) 522-0980 | - | - | 2020-09-08 12:09:20 PM EDT | Incoming | 00:06:27 |
| HuntGroup | (571) 309-2043 | (843) 522-0980 | - | - | 2020-09-08 12:00:13 PM EDT | Incoming | 00:02:20 |
| HuntGroup | (843) 255-1000 | (843) 522-0980 | - | - | 2020-09-08 11:47:56 AM EDT | Incoming | 00:00:49 |
| HuntGroup | (843) 782-4359 | (843) 522-0980 | - | - | 2020-09-08 10:22:14 AM EDT | Incoming | 00:06:07 |
| HuntGroup | (760) 715-7950 | (843) 522-0980 | - | - | 2020-09-07 04:05:39 PM EDT | Incoming | 00:00:22 |
| HuntGroup | (303) 709-5496 | (843) 522-0980 | - | - | 2020-09-07 02:20:10 PM EDT | Incoming | 00:00:09 |
| HuntGroup | (914) 490-5782 | (843) 522-0980 | - | - | 2020-09-06 02:54:01 PM EDT | Incoming | 00:00:50 |
| HuntGroup | (704) 579-6406 | (843) 522-0980 | - | - | 2020-09-04 04:39:49 PM EDT | Incoming | 00:00:01 |
| HuntGroup | (210) 531-8722 | (843) 522-0980 | - | - | 2020-09-04 03:57:21 PM EDT | Incoming | 00:02:00 |
| HuntGroup | (843) 441-5852 | (843) 522-0980 | - | - | 2020-09-04 03:26:49 PM EDT | Incoming | 00:03:00 |
| HuntGroup | (202) 499-3650 | (843) 522-0980 | - | - | 2020-09-04 01:50:12 PM EDT | Incoming | 00:03:48 |
| HuntGroup | (704) 614-3496 | (843) 522-0980 | - | - | 2020-09-04 12:39:21 PM EDT | Incoming | 00:22:37 |
| HuntGroup | (912) 547-7261 | (843) 522-0980 | - | - | 2020-09-04 12:34:38 PM EDT | Incoming | 00:04:44 |
| HuntGroup | (912) 547-7261 | (843) 522-0980 | - | - | 2020-09-04 12:26:08 PM EDT | Incoming | 00:08:09 |
| HuntGroup | (843) 782-4359 | (843) 522-0980 | - | - | 2020-09-04 12:11:59 PM EDT | Incoming | 00:01:21 |
| HuntGroup | (843) 305-7001 | (843) 522-0980 | - | - | 2020-09-04 10:04:28 AM EDT | Incoming | 00:03:35 |
| HuntGroup | (843) 929-4214 | (843) 522-0980 | - | - | 2020-09-04 09:19:24 AM EDT | Incoming | 00:14:12 |
| HuntGroup | (843) 929-4214 | (843) 522-0980 | - | - | 2020-09-04 08:26:14 AM EDT | Incoming | 00:00:04 |
| HuntGroup | (843) 255-1000 | (843) 522-0980 | - | - | 2020-09-03 04:44:28 PM EDT | Incoming | 00:01:46 |
| HuntGroup | (210) 531-8722 | (843) 522-0980 | - | - | 2020-09-03 03:41:43 PM EDT | Incoming | 00:07:22 |
| HuntGroup | (843) 529-7381 | (843) 522-0980 | - | - | 2020-09-03 02:18:58 PM EDT | Incoming | 00:01:07 |
| HuntGroup | (843) 459-7668 | (843) 522-0980 | - | - | 2020-09-03 11:19:23 AM EDT | Incoming | 00:00:06 |
| HuntGroup | (843) 592-5906 | (843) 522-0980 | - | - | 2020-09-03 11:15:48 AM EDT | Incoming | 00:02:57 |
| HuntGroup | (936) 220-2100 | (843) 522-0980 | - | - | 2020-09-02 02:14:16 PM EDT | Incoming | 00:00:05 |
| HuntGroup | (843) 860-8392 | (843) 522-0980 | - | - | 2020-09-02 12:41:52 PM EDT | Incoming | 00:00:20 |
| HuntGroup | (843) 271-1167 | (843) 522-0980 | - | - | 2020-09-02 11:58:57 AM EDT | Incoming | 00:00:32 |
| HuntGroup | (803) 245-9153 | (843) 522-0980 | - | - | 2020-09-02 11:57:00 AM EDT | Incoming | 00:03:05 |

| Date | Time | Number | Rate | Type | | Location | | Origin | | Min | Charge | | Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/27 | 02:13 PM | 870-882-1807 | Peak | PlanAllow | | Saint Hele | SC | Jonesboro | AR | 0 | $0.00 | 0 | $0.00 |
| 08/27 | 10:24 AM | 870-882-1807 | Peak | PlanAllow | | Saint Hele | SC | Jonesboro | AR | 56 | $0.00 | 0 | $0.00 |
| 08/27 | 11:28 AM | 870-882-1807 | Peak | PlanAllow | | Saint Hele | SC | Incoming | CL | 2 | $0.00 | 0 | $0.00 |
| 08/28 | 03:23 PM | 843-322-6931 | Peak | PlanAllow | | Saint Hele | SC | Incoming | CL | 1 | $0.00 | 0 | $0.00 |
| 08/28 | 01:07 PM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 3 | $0.00 | 0 | $0.00 |
| 08/28 | 03:42 PM | 870-882-1807 | Peak | PlanAllow | | Saint Hele | SC | Incoming | CL | 2 | $0.00 | 0 | $0.00 |
| 08/28 | 10:25 AM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 28 | $0.00 | 0 | $0.00 |
| 08/28 | 11:01 AM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 2 | $0.00 | 0 | $0.00 |
| 08/31 | 04:20 PM | 336-813-7056 | Other | Wi-FiM2M | | Columbia | SC | Incoming | CL | 25 | $0.00 | 0 | $0.00 |
| 08/31 | 05:09 PM | 843-838-4261 | Other | Wi-Fi | | Wifi Cl | | St Helens | SC | 3 | $0.00 | 0 | $0.00 |
| 08/31 | 10:55 AM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 49 | $0.00 | 0 | $0.00 |
| 09/01 | 12:00 PM | 803-767-6720 | Peak | M2MAllow | | Saint Hele | SC | Columbia | SC | 5 | $0.00 | 0 | $0.00 |
| 09/01 | 01:31 PM | 803-767-6720 | Peak | M2MAllow | | Beaufort | SC | Columbia | SC | 11 | $0.00 | 0 | $0.00 |
| 09/01 | 01:55 PM | 803-767-6720 | Peak | M2MAllow | | Saint Hele | SC | Incoming | CL | 5 | $0.00 | 0 | $0.00 |
| 09/01 | 01:53 PM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 8 | $0.00 | 0 | $0.00 |
| 09/01 | 02:03 PM | 870-882-1807 | Peak | PlanAllow | | Saint Hele | SC | Jonesboro | AR | 1 | $0.00 | 0 | $0.00 |
| 09/01 | 11:00 AM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 21 | $0.00 | 0 | $0.00 |
| 09/02 | 07:21 PM | 202-208-1187 | Other | Wi-FiM2M | | Columbia | SC | Incoming | CL | 32 | $0.00 | 0 | $0.00 |
| 09/02 | 03:18 PM | 843-322-2051 | Other | Wi-Fi | | Columbia | SC | Incoming | CL | 1 | $0.00 | 0 | $0.00 |
| 09/02 | 10:59 AM | 843-322-2051 | Other | Wi-Fi | | Columbia | SC | Incoming | CL | 1 | $0.00 | 0 | $0.00 |
| 09/02 | 01:21 PM | 870-882-1807 | Other | Wi-Fi | | Columbia | SC | Incoming | CL | 1 | $0.00 | 0 | $0.00 |
| 09/02 | 10:49 AM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 9 | $0.00 | 0 | $0.00 |
| 09/02 | 11:24 AM | 870-882-1807 | Other | Wi-Fi | | Columbia | SC | Incoming | CL | 8 | $0.00 | 0 | $0.00 |
| 09/03 | 10:59 AM | 843-757-2598 | Other | Wi-Fi | | Wifi Cl | | Bluffton | SC | 18 | $0.00 | 0 | $0.00 |
| 09/03 | 04:07 PM | 843-985-4873 | Other | Wi-FiM2M | | Wifi Cl | | Beaufort | SC | 2 | $0.00 | 0 | $0.00 |
| 09/03 | 11:22 AM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 23 | $0.00 | 0 | $0.00 |
| 09/04 | 12:36 PM | 843-476-6177 | Other | Wi-Fi | | Wifi Cl | | Beaufort | SC | 25 | $0.00 | 0 | $0.00 |
| 09/04 | 01:01 PM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 11 | $0.00 | 0 | $0.00 |
| 09/04 | 04:35 PM | 870-882-1807 | Peak | PlanAllow | | Saint Hele | SC | Jonesboro | AR | 4 | $0.00 | 0 | $0.00 |
| 09/06 | 10:37 PM | 843-476-6177 | Other | Wi-Fi | | Wifi Cl | | Beaufort | SC | 5 | $0.00 | 0 | $0.00 |
| 09/07 | 12:49 PM | 843-476-6177 | Other | Wi-Fi | | Wifi Cl | | Beaufort | SC | 2 | $0.00 | 0 | $0.00 |
| 09/07 | 01:08 PM | 843-604-1690 | Other | Wi-FiM2M | | Wifi Cl | | Beaufort | SC | 3 | $0.00 | 0 | $0.00 |
| 09/07 | 12:35 PM | 843-604-1690 | Other | Wi-FiM2M | | Wifi Cl | | Beaufort | SC | 4 | $0.00 | 0 | $0.00 |
| 09/08 | 07:11 PM | 336-813-7056 | Other | Wi-FiM2M | | Wifi Cl | | Winstn Sal | NC | 1 | $0.00 | 0 | $0.00 |
| 09/08 | 08:26 PM | 803-322-9804 | Other | Wi-Fi | | Wifi Cl | | Vm Deposit | CL | 1 | $0.00 | 0 | $0.00 |
| 09/08 | 03:34 PM | 803-767-6720 | Peak | M2MAllow | | Beaufort | SC | Columbia | SC | 13 | $0.00 | 0 | $0.00 |
| 09/08 | 03:53 PM | 803-917-7051 | Peak | M2MAllow | | Beaufort | SC | Columbia | SC | 3 | $0.00 | 0 | $0.00 |
| 09/08 | 06:41 PM | 843-322-2051 | Other | Wi-Fi | | Columbia | SC | Incoming | CL | 1 | $0.00 | 0 | $0.00 |
| 09/08 | 05:25 PM | 843-322-6931 | Peak | PlanAllow | | Saint Hele | SC | Incoming | CL | 1 | $0.00 | 0 | $0.00 |
| 09/08 | 03:35 PM | 843-604-1690 | Peak | M2MAllow | | Beaufort | SC | Beaufort | SC | 1 | $0.00 | 0 | $0.00 |
| 09/08 | 03:41 PM | 843-604-1690 | Peak | M2MAllowCallWait | | Beaufort | SC | Incoming | CL | 1 | $0.00 | 0 | $0.00 |
| 09/08 | 06:42 PM | 843-838-4261 | Other | Wi-Fi | | Wifi Cl | | St Helena | SC | 1 | $0.00 | 0 | $0.00 |
| 09/08 | 07:46 PM | 843-838-4261 | Other | Wi-Fi | | Columbia | SC | Incoming | CL | 2 | $0.00 | 0 | $0.00 |
| 09/08 | 07:50 PM | 843-838-4261 | Other | Wi-Fi | | Columbia | SC | Incoming | CL | 2 | $0.00 | 0 | $0.00 |
| 09/08 | 01:29 PM | 870-882-1807 | Peak | PlanAllow | | Saint Hele | SC | Incoming | CL | 4 | $0.00 | 0 | $0.00 |
| 09/08 | 04:04 PM | 870-882-1807 | Peak | PlanAllow | | Beaufort | SC | Incoming | CL | 8 | $0.00 | 0 | $0.00 |
| 09/08 | 04:49 PM | 870-882-1807 | Peak | PlanAllow | | Saint Hele | SC | Incoming | CL | 21 | $0.00 | 0 | $0.00 |
| 09/08 | 05:28 PM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 3 | $0.00 | 0 | $0.00 |
| 09/08 | 10:22 AM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 1 | $0.00 | 0 | $0.00 |
| 09/08 | 11:00 AM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 16 | $0.00 | 0 | $0.00 |
| 09/08 | 12:44 PM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 11 | $0.00 | 0 | $0.00 |
| 09/08 | 10:48 AM | 910-330-4886 | Other | Wi-Fi | | Columbia | SC | Incoming | CL | 2 | $0.00 | 0 | $0.00 |
| 09/09 | 10:43 AM | 803-750-2214 | Other | Wi-Fi | | Wifi Cl | | Columbia | SC | 4 | $0.00 | 0 | $0.00 |
| 09/09 | 04:18 PM | 870-882-1807 | Other | Wi-Fi | | Columbia | SC | Incoming | CL | 4 | $0.00 | 0 | $0.00 |
| 09/09 | 04:24 PM | 870-882-1807 | Other | Wi-Fi | | Columbia | SC | Incoming | CL | 1 | $0.00 | 0 | $0.00 |
| 09/09 | 10:56 AM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 6 | $0.00 | 0 | $0.00 |
| 09/09 | 12:33 PM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 5 | $0.00 | 0 | $0.00 |
| 09/09 | 10:35 AM | | Other | Wi-Fi | | Columbia | SC | Incoming | CL | 1 | $0.00 | 0 | $0.00 |
| 09/10 | 02:54 PM | 843-252-4527 | Other | Wi-Fi | | Columbia | SC | Incoming | CL | 19 | $0.00 | 0 | $0.00 |
| 09/10 | 04:13 PM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 40 | $0.00 | 0 | $0.00 |
| 09/10 | 11:00 AM | 870-882-1807 | Peak | PlanAllow | | Saint Hele | SC | Jonesboro | AR | 15 | $0.00 | 0 | $0.00 |
| 09/11 | 12:52 PM | 843-604-1690 | Other | Wi-FiM2M | | Columbia | SC | Incoming | CL | 5 | $0.00 | 0 | $0.00 |
| 09/11 | 02:44 PM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 25 | $0.00 | 0 | $0.00 |
| 09/11 | 05:12 PM | 870-882-1807 | Other | Wi-Fi | | Columbia | SC | Incoming | CL | 8 | $0.00 | 0 | $0.00 |
| 09/11 | 05:32 PM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 2 | $0.00 | 0 | $0.00 |
| 09/11 | 10:34 AM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 13 | $0.00 | 0 | $0.00 |
| 09/11 | 11:30 AM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 1 | $0.00 | 0 | $0.00 |
| 09/11 | 11:44 AM | 870-882-1807 | Other | Wi-Fi | | Wifi Cl | | Jonesboro | AR | 6 | $0.00 | 0 | $0.00 |

Total Voice $0.00

Total Data $0.00