

Arie Bax <arie.baxlaw@gmail.com>

## FW: 19-125 ; Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv; A. Swinehammer, indv; L. Gibson, indv; and as agents/officers Town of Bluffton PD & Town of Bluff PD ;: Re: 19-125 ; Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv; A. Swinehammer, indv; L. Gi

1 message

---

**leadparalegal@lawofficeofchristyscott.com**            Tue, Sep 22, 2020 at 10:03 AM
<leadparalegal@lawofficeofchristyscott.com>
To: Arie Bax <arie.baxlaw@gmail.com>
Cc: AN Bax <office.baxlaw@gmail.com>, Naki Richardson-Bax <naki.baxlaw@gmail.com>, Christy Scott <cscott@lawofficeofchristyscott.com>, Officemanager <officemanager@scottlaw.com>

Mr. Bax:

Please see the email below with regards to the above referenced matter. It appears that Trevor attempted to send the message from Christy's email address.

My apologies for any inconvenience.

**Tamika D. Simmons**

*Lead Paralegal to Christy L. Scott*


*May everyday be filled with great expectation and overwhelming peace!*


Law Offices of Christy L. Scott, LLC

108 Carn Street, Post Office Box 1515

Walterboro, South Carolina 29488

Office:    (843) 782-4359

Facsimile: (843) 782-4362


**From:** Cscott <cscott@lawofficeofchristyscott.com>
**Sent:** Tuesday, September 22, 2020 9:31 AM
**To:** christyscott28@gmail.com; cscott@lawofficeofchristyscott.com
**Subject:** FW: 19-125 ; Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv; A. Swinehammer, indv; L. Gibson, indv; and as agents/officers Town of Bluffton PD & Town of Bluff PD ;: Re: 19-125 ; Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv; A. Swinehammer, indv; L. Gi