IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Ted D. Ellis and Teresa Ellis, )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>Cody C. Kirkman, Individually; )<br>Amber Swinehammer, )<br>Individually; Lindsey Gibson, )<br>Individually; Cody C. Kirkman, )<br>Amber Swinehammer, and )<br>Lindsey Gibson, as Agents/ )<br>Officers of Town of Bluffton )<br>Police Department; and Town of )<br>Bluffton Police Department, )<br>)<br>Defendants. )<br>_____) | C/A No.: 9:19-cv-2163-RMG-MGB |

AFFIDAVIT OF SERVICE

PERSONALLY, appeared before me the undersigned who, being duly sworn, on oath says:

1. That she is an employee in the Law Offices of Christy L. Scott, attorney for the Defendants Cody C. Kirkman, individually, Amber Swinehammer, individually, Lindsey Gibson, individually and as Agents/Officers of Town of Bluffton Police Department and Town of Bluffton Police Department herein;

2. That there is between Walterboro and Beaufort, South Carolina, a regular communication by mail;

3. That on 21 day of February 2020 she mailed a true and correct copy of the

Doc #67

DEFENDANT'S EXHIBIT
A
Simmons

foregoing Defendants' Interrogatories to Plaintiff Ted D. Ellis, Defendants' Interrogatories to Plaintiff Teresa Ellis, Defendants' Requests for Production to Plaintiffs, and Affidavit of Service herein by enclosing the same in a postpaid envelope addressed to:

>Arie D. Bax
>The Bax Law Firm, PA
>2 Merchants Lane, Suite 210
>Beaufort, SC 29907

and depositing the same in the post office at Walterboro, South Carolina; and

4. That she is not a party to this action.

SWORN to before me this
21 day of February 2020

_____(L.S.)
Notary Public for South Carolina
My Commission Expires: 11-26-22