| | |
|---|---|
| **From:** | AN Bax <office.baxlaw@gmail.com> |
| **Sent:** | Friday, August 21, 2020 1:25 PM |
| **To:** | Destiny Rose; cscott@lawofficeofchristyscott.com; leadparalegal lawofficeofchristyscott.com |
| **Cc:** | Bax Law Firm; Naki Richardson-Bax |
| **Subject:** | C/A No.: 9:19-cv-2163-RMG-MGB |
| **Attachments:** | Ellis 4.8.20 Letter to OC.pdf; Email to OC Ellis 4.8.20.pdf; Interrogs to Gibson.pdf; Interrogs to Kirkman.pdf; Interrogs to Swinehammer.pdf; Plaintiff RFP to Defendant.pdf |

Destiny,

I just wanted to follow up from our earlier conversation and resend you what I mailed and emailed on April 8th.
I attached the pdf versions of the Interrogatories and Request for Production and cover letter with a scanned copy of the envelope that was mailed to your office on April 8, 2020. Also attached in pdf version is the email that was sent to Ms. Scott email, as that was the only email address I had at the time, with the Word versions of the same. (which was forwarded to you today Aug 21, 2020)
If you require any further information please let me know.

Sincerely,

Elizabeth Bufkin
Paralegal
The Bax Law Firm PA
10 Sams Point Way Ste B-1 PMB 138
Beaufort, SC 29907
O: (843) 522-0980
F: (843) 379-3115
E: office.baxlaw@gmail.com
Website: www.baxlawfirm.com
Facebook: www.facebook.com/BaxLawFirm/

***Due to the current state of emergency, Bax Law Firm is operating remotely only. We are still available via telephone (843) 522-0980 and email. We are scheduling meetings via Telephone and Zoom or Facetime video conference. Although we are receiving mail, kindly email any documents requiring an immediate or timely response.*** Our physical location will be closed until further notice.

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

