# LAW OFFICES OF CHRISTY L. SCOTT, LLC
## ATTORNEYS AT LAW

**Christy L. Scott**
cscott@lawofficeofchristyscott.com

Phone: 843-782-4359

**Charlotte D. Hickman**
chickman@lawofficeofchristyscott.com

Fax: 843-782-4362

108 Carn Street
Post Office Box 1515
Walterboro, South Carolina 29488
www.lawofficeofchristyscott.com

August 21, 2020

**VIA USPS Mail:**
Ms. Amber Swinehammer
82 Pin Oak Street
Bluffton, SC 29910

Re: <u>Ted D. Ellis & Teresa Ellis v. Cody C. Kirkman, individually; Amber Swinehammer, individually; Lindsey Gibson, individually; Cody C. Kirkman, Amber Swinehammer, and Lindsey Gibson, as agents/officers of Town of Bluffton Police Department and Town of Bluffton Police Department</u>
C/A No.: 9:19-CV-02163-RMG-MGB
Our File No.: 19-125

Dear Amber:

My office has tried to reach you via the cell phone number provided and have left messages but have not yet heard back from you. Please find enclosed a copy of the Plaintiff's Interrogatories to you in the above referenced matter. I have circled the specific interrogatories I would like your assistance in answering. If you have any questions in answering the following, please do not hesitate to call. Additionally, please reach out to use and provide an e-mail address that we can reach you at to ensure prompt communication and delivery of documents.

Sincerely,

LAW OFFICES OF CHRISTY L. SCOTT, LLC

Christy L. Scott

CLS/tss



DEFENDANT'S EXHIBIT C

Doc #64