# Gary Rhode

| | |
|---|---|
| **From:** | leadparalegal@lawofficeofchristyscott.com |
| **Sent:** | Friday, September 25, 2020 4:57 PM |
| **To:** | 'AN Bax' |
| **Cc:** | 'Bax Law Firm'; Christy Scott (cscott@lawofficeofchristyscott.com) |
| **Subject:** | Status of Discovery Responses/Re: #19-125 Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv; A. Swinehammer, indv; L. Gibson, indv; and as agents/officers Town of Bluffton PD & Town of Bluff PD |
| **Importance:** | High |

Great day, Elizabeth:

Christy asked that this message be delivered to Mr. Bax with regards to the above referenced matter.

"Arie, I have been working on the discovery but have not finished. We are half staffed due to the fact that we have employees out with COVID and employees working remotely. I will finish the written responses this weekend so that they can scan and bate stamp the documents for production on Monday." Christy

**Tamika D. Simmons**
*Lead Paralegal to Christy L. Scott*

*May everyday be filled with great expectation and overwhelming peace!*

**Law Offices of Christy L. Scott, LLC**
108 Carn Street, Post Office Box 1515
Walterboro, South Carolina 29488
**Office:** (843) 782-4359
**Facsimile:** (843) 782-4362



DEFENDANT'S EXHIBIT D

1