IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Ted D. Ellis and Teresa Ellis, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Cody C. Kirkman, individually; Amber )<br>Swinehammer, individually; Lindsey )<br>Gibson, individually; Cody C. Kirkman, )<br>Amber Swinehammer, and Lindsey )<br>Gibson, as agents/officers of Town of )<br>Bluffton Police Department; and Town )<br>Of Bluffton Police Department )<br>)<br>Defendants. )<br>_____ ) | C/A No.: 9:19-cv-2163-RMG-MGB<br><br>AFFIDAVIT OF ELIZABETH BUFKIN |

Personally appeared before me, the undersigned Notary, the within named Elizabeth Bufkin, who is a resident of Beaufort County, State of South Carolina and makes this statement and Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of her knowledge:

1. My name is Elizabeth Bufkin.
2. I am a resident of Beaufort County, South Carolina.
3. I am at least 18 years of age.
4. I am employed with the Bax Law Firm.
5. The exhibits attached ex true and exact copies of email correspondence that I have had with the Defense council's office staff.
6. I have not altered or changed theses communications at all.

**FURTHER AFFIANT SAYETH NOT**

1

_Elizabeth Bufkin_

SWORN TO AND SUBSCRIBED
Before this 14th day of October 2020
_S. Naki Richardson-Bax_
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires: 6/16/2026

[Notary Seal: S. NAKI RICHARDSON-BAX, NOTARY PUBLIC, SOUTH CAROLINA, My Comm. Expires June 16, 2026]

2