# EXHIBIT A

From: AN Bax office.baxlaw@gmail.com
Subject: C/A No.: 9:19-cv-2163-RMG-MGB
Date: April 8, 2020 at 4:08 PM
To: cscott@lawofficeofchristyscott.com

Good afternoon,

Please find the attached Request for Production and Interrogatories to the Defendant. Hard copies will follow. Please do not hesitate to contact me if you have any questions or concerns. Thank you.

Respectfully,

Elizabeth Bufkin
Paralegal
The Bax Law Firm PA
2 Merchants Lane Suite 210
Beaufort, SC 29907
O: (843) 522-0980
F: (843) 379-3115
E: office.baxlaw@gmail.com
Website: www.baxlawfirm.com
Facebook: www.facebook.com/BaxLawFirm/

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

      

RFP Bluf PD-.docx    P Interrogs to D Gibson.docx    P Interrogs to D Swineh...er.docx    P Interrogs to D Kirkman.docx



**C/A No.: 9:19-cv-2163-RMG-MGB**
3 messages

---

**AN Bax** <office.baxlaw@gmail.com>   Wed, Apr 8, 2020 at 4:08 PM
To: cscott@lawofficeofchristyscott.com

Good afternoon,

Please find the attached Request for Production and Interrogatories to the Defendant. Hard copies will follow. Please do not hesitate to contact me if you have any questions or concerns. Thank you.

Respectfully,

Elizabeth Bufkin
Paralegal
The Bax Law Firm PA
2 Merchants Lane Suite 210
Beaufort, SC 29907
O: (843) 522-0980
F: (843) 379-3115
E: office.baxlaw@gmail.com
Website: www.baxlawfirm.com
Facebook: www.facebook.com/BaxLawFirm/

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

**4 attachments**



- RFP Bluf PD- .docx  21K
- P Interrogs to D Gibson.docx  27K
- P Interrogs to D Swinehammer.docx  27K
- P Interrogs to D Kirkman.docx  27K

---

**AN Bax** <office.baxlaw@gmail.com>   Fri, Aug 21, 2020 at 12:08 PM
To: cscott@lawofficeofchristyscott.com, paaraleggal3@lawofficeofchristyscott.com

Request for Production and Interrogatories to the Defendant sent April 8, 2020

Sincerely,

Elizabeth Bufkin
Paralegal
The Bax Law Firm PA
10 Sams Point Way Ste B-1 PMB 138
Beaufort, SC 29907
O: (843) 522-0980
F: (843) 379-3115
E: office.baxlaw@gmail.com
Website: www.baxlawfirm.com
Facebook: www.facebook.com/BaxLawFirm/

***Due to the current state of emergency, Bax Law Firm is operating remotely only. We are still available via telephone (843) 522-0980 and email. We are scheduling meetings via Telephone and Zoom or Facetime video conference. Although we are receiving mail, kindly email any documents requiring an

---------- Forwarded message ----------
From: **AN Bax** <office.baxlaw@gmail.com>
Date: Wed, Apr 8, 2020 at 4:08 PM
Subject: C/A No.: 9:19-cv-2163-RMG-MGB
To: <cscott@lawofficeofchristyscott.com>


Good afternoon,

Please find the attached Request for Production and Interrogatories to the Defendant. Hard copies will follow. Please do not hesitate to contact me if you have any questions or concerns. Thank you.


Respectfully,

Elizabeth Bufkin
Paralegal
The Bax Law Firm PA
2 Merchants Lane Suite 210
Beaufort, SC 29907
O: (843) 522-0980
F: (843) 379-3115
E: office.baxlaw@gmail.com
Website: www.baxlawfirm.com
Facebook: www.facebook.com/BaxLawFirm/

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

---

4 attachments

- RFP Bluf PD- .docx
  21K
- P Interrogs to D Gibson.docx
  27K
- P Interrogs to D Swinehammer.docx
  27K
- P Interrogs to D Kirkman.docx
  27K

 AN Bax <office.baxlaw@gmail.com>

**C/A No.: 9:19-cv-2163-RMG-MGB**

AN Bax <office.baxlaw@gmail.com>                                    Fri, Aug 21, 2020 at 1:24 PM
To: Destiny Rose <paralegal3@lawofficeofchristyscott.com>, cscott@lawofficeofchristyscott.com, "leadparalegal lawofficeofchristyscott.com" <leadparalegal@lawofficeofchristyscott.com>
Cc: Bax Law Firm <arie.baxlaw@gmail.com>, Naki Richardson-Bax <naki.baxlaw@gmail.com>

Destiny,

I just wanted to follow up from our earlier conversation and resend you what I mailed and emailed on April 8th.
I attached the pdf versions of the Interrogatories and Request for Production and cover letter with a scanned copy of the envelope that was mailed to your office on April 8, 2020. Also attached in pdf version is the email that was sent to Ms. Scott email, as that was the only email address I had at the time, with the Word versions of the same. (which was forwarded to you today Aug 21, 2020)
If you require any further information please let me know.

Sincerely,

Elizabeth Bufkin
Paralegal
The Bax Law Firm PA
10 Sams Point Way Ste B-1 PMB 138
Beaufort, SC 29907
O: (843) 522-0980
F: (843) 379-3115
E: office.baxlaw@gmail.com
Website: www.baxlawfirm.com
Facebook: www.facebook.com/BaxLawFirm/

***Due to the current state of emergency, Bax Law Firm is operating remotely only. We are still available via telephone (843) 522-0980 and email. We are scheduling meetings via Telephone and Zoom or Facetime video conference. Although we are receiving mail, kindly email any documents requiring an immediate or timely response.*** Our physical location will be closed until further notice.

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

6 attachments



- Ellis 4.8.20 Letter to OC.pdf
  1178K

- Email to OC Ellis 4.8.20.pdf
  469K

- Interrogs to Gibson.pdf
  826K