# EXHIBIT C

 Gmail

AN Bax <office.baxlaw@gmail.com>

## C/A No.: 9:19-cv-2163-RMG-MGB Reports
1 message

**AN Bax** <office.baxlaw@gmail.com>  Mon, Apr 27, 2020 at 3:21 PM
To: cscott@lawofficeofchristyscott.com, leadparalegal@lawofficeofchristyscott.com
Cc: Bax Law Firm <arie.baxlaw@gmail.com>, Naki Richardson-Bax <naki.baxlaw@gmail.com>

Please see attached Preliminary Report, Medical Records and Dental Records for the above captioned subject. Hard copies and synchronized video to follow via separate correspondence.

--
Sincerely,

Elizabeth Bufkin
Paralegal
The Bax Law Firm PA
2 Merchants Lane Suite 210
Beaufort, SC 29907
O: (843) 522-0980
F: (843) 379-3115
E: office.baxlaw@gmail.com
Website: www.baxlawfirm.com
Facebook: www.facebook.com/BaxLawFirm/

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

---

**2 attachments**

 **Coastal Carolina Medical Records 1.pdf**
19324K

 **Coastal Carolina Records 3.pdf**
6261K

 AN Bax <office.baxlaw@gmail.com>

## C/A No.: 9:19-cv-2163-RMG-MGB Reports
2 messages

**AN Bax** <office.baxlaw@gmail.com>                                Mon, Apr 27, 2020 at 3:21 PM
To: cscott@lawofficeofchristyscott.com, leadparalegal@lawofficeofchristyscott.com
Cc: Bax Law Firm <arie.baxlaw@gmail.com>, Naki Richardson-Bax <naki.baxlaw@gmail.com>

Please see attached Preliminary Report, Medical Records and Dental Records for the above captioned subject. Hard copies and synchronized video to follow via separate correspondence.

Sincerely,

Elizabeth Bufkin
Paralegal
The Bax Law Firm PA
2 Merchants Lane Suite 210



Gmail - C/A No.: 9:19-cv-2163-RMG-MGB Reports                                                                10/14/20, 11:14 AM





Beaufort, SC 29907
O: (843) 522-0980

 AN Bax <office.baxlaw@gmail.com>

## C/A No.: 9:19-cv-2163-RMG-MGB Reports
1 message

**AN Bax** <office.baxlaw@gmail.com>     Mon, Apr 27, 2020 at 4:24 PM
To: cscott@lawofficeofchristyscott.com, leadparalegal@lawofficeofchristyscott.com
Cc: Naki Richardson-Bax <naki.baxlaw@gmail.com>, Bax Law Firm <arie.baxlaw@gmail.com>

 Syncrhonized Ellis Video - Full.avi

Please see attached Preliminary Report, Medical Records and Dental Records for the above captioned subject. Hard copies and synchronized video to follow via separate correspondence.
--
Sincerely,

Elizabeth Bufkin
Paralegal
The Bax Law Firm PA
2 Merchants Lane Suite 210
Beaufort, SC 29907
O: (843) 522-0980
F: (843) 379-3115
E: office.baxlaw@gmail.com
Website: www.baxlawfirm.com
Facebook: www.facebook.com/BaxLawFirm/

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

 Gmail                                         AN Bax <office.baxlaw@gmail.com>

## C/A No.: 9:19-cv-2163-RMG-MGB Reports
4 messages

---

**AN Bax** <office.baxlaw@gmail.com>                                Mon, Apr 27, 2020 at 3:21 PM
To: cscott@lawofficeofchristyscott.com, leadparalegal@lawofficeofchristyscott.com
Cc: AN Bax <office.baxlaw@gmail.com>, Naki Richardson-Bax <naki.baxlaw@gmail.com>

Please see attached Preliminary Report, Medical Records and Dental Records for the above captioned subject. Hard copies and synchronized video to follow via separate correspondence.

📄 Preliminary Expert Report, 4-1-2020.pdf

--
Sincerely,

Elizabeth Bufkin
Paralegal
The Bax Law Firm PA
2 Merchants Lane Suite 210
Beaufort, SC 29907
O: (843) 522-0980
F: (843) 379-3115
E: office.baxlaw@gmail.com
Website: www.baxlawfirm.com
Facebook: www.facebook.com/BaxLawFirm/

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

---

**AN Bax** <office.baxlaw@gmail.com>                                Mon, Apr 27, 2020 at 3:23 PM
To: Bax Law Firm <arie.baxlaw@gmail.com>

I accidentally hit my email on this one
[Quoted text hidden]

---

**AN Bax** <office.baxlaw@gmail.com>                                Tue, Sep 22, 2020 at 1:16 PM
To: Bax Law Firm <arie.baxlaw@gmail.com>

Sincerely,

Elizabeth Bufkin
Paralegal

 Gmail

AN Bax <office.baxlaw@gmail.com>

## C/A No.: 9:19-cv-2163-RMG-MGB Reports
1 message

**AN Bax** <office.baxlaw@gmail.com>                                Tue, Apr 28, 2020 at 9:59 AM
To: "leadparalegal lawofficeofchristyscott.com" <leadparalegal@lawofficeofchristyscott.com>, cscott@lawofficeofchristyscott.com

Good morning

I forgot to mention yesterday that we are waiting on the medical reports from Dr. Nivens Spine Medicine office. Should you have any questions please let me know.

Sincerely,

Elizabeth Bufkin