# EXHIBIT D

 Gmail

AN Bax <office.baxlaw@gmail.com>

## C/A No.: 9:19-cv-2163-RMG-MGB Reports
2 messages

**AN Bax** <office.baxlaw@gmail.com>                          Mon, Apr 27, 2020 at 4:24 PM
To: cscott@lawofficeofchristyscott.com, leadparalegal@lawofficeofchristyscott.com
Cc: Naki Richardson-Bax <naki.baxlaw@gmail.com>, Bax Law Firm <arie.baxlaw@gmail.com>

📄 Syncrhonized Ellis Video - Full.avi

Please see attached Preliminary Report, Medical Records and Dental Records for the above captioned subject. Hard copies and synchronized video to follow via separate correspondence.

--
Sincerely,

Elizabeth Bufkin
Paralegal
The Bax Law Firm PA
2 Merchants Lane Suite 210
Beaufort, SC 29907
O: (843) 522-0980
F: (843) 379-3115
E: office.baxlaw@gmail.com
Website: www.baxlawfirm.com
Facebook: www.facebook.com/BaxLawFirm/

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

**AN Bax** <office.baxlaw@gmail.com>                          Tue, Sep 22, 2020 at 3:03 PM
To: "leadparalegal lawofficeofchristyscott.com" <leadparalegal@lawofficeofchristyscott.com>

Synchronized videos
Sincerely,

Elizabeth Bufkin
Paralegal
The Bax Law Firm PA
10 Sams Point Way Ste B-1 PMB 138
Beaufort, SC 29907
O: (843) 522-0980
F: (843) 379-3115
E: office.baxlaw@gmail.com
Website: www.baxlawfirm.com

Facebook: www.facebook.com/BaxLawFirm/

***Due to the current state of emergency, Bax Law Firm is operating remotely only. We are still available via telephone (843) 522-0980 and email. We are scheduling meetings via Telephone and Zoom or Facetime video conference. Although we are receiving mail, kindly email any documents requiring an immediate or timely response.*** Our physical location will be closed until further notice.

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

[Quoted text hidden]

 Gmail                                        AN Bax <office.baxlaw@gmail.com>

## C/A No.: 9:19-cv-2163-RMG-MGB Reports
2 messages

**AN Bax** <office.baxlaw@gmail.com>                                    Mon, Apr 27, 2020 at 3:21 PM
To: cscott@lawofficeofchristyscott.com, leadparalegal@lawofficeofchristyscott.com
Cc: Bax Law Firm <arie.baxlaw@gmail.com>, Naki Richardson-Bax <naki.baxlaw@gmail.com>

Please see attached Preliminary Report, Medical Records and Dental Records for the above captioned subject. Hard copies and synchronized video to follow via separate correspondence.

--
Sincerely,

Elizabeth Bufkin
Paralegal
The Bax Law Firm PA
2 Merchants Lane Suite 210
Beaufort, SC 29907
O: (843) 522-0980
F: (843) 379-3115
E: office.baxlaw@gmail.com
Website: www.baxlawfirm.com
Facebook: www.facebook.com/BaxLawFirm/

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law.  This information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited.  If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

2 attachments

- **Coastal Carolina Medical Records 1.pdf**
  19324K
- **Coastal Carolina Records 3.pdf**
  6261K

**AN Bax** <office.baxlaw@gmail.com>                                    Tue, Sep 22, 2020 at 3:01 PM
To: "leadparalegal lawofficeofchristyscott.com" <leadparalegal@lawofficeofchristyscott.com>

Ellis Medical Records
Sincerely,

Elizabeth Bufkin
Paralegal
The Bax Law Firm PA

10 Sams Point Way Ste B-1 PMB 138
Beaufort, SC 29907
O: (843) 522-0980
F: (843) 379-3115
E: office.baxlaw@gmail.com
Website: www.baxlawfirm.com
Facebook: www.facebook.com/BaxLawFirm/

***Due to the current state of emergency, Bax Law Firm is operating remotely only. We are still available via telephone (843) 522-0980 and email. We are scheduling meetings via Telephone and Zoom or Facetime video conference. Although we are receiving mail, kindly email any documents requiring an immediate or timely response.*** Our physical location will be closed until further notice.

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

[Quoted text hidden]

2 attachments


Coastal Carolina Medical Records 1.pdf
19324K


Coastal Carolina Records 3.pdf
6261K

9:19-cv-02163-RMG-MGB    Date Filed 10/14/20    Entry Number 42-4    Page 6 of 11

Gmail - RE: 19-125 ; Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv...PD & Town of Bluff PD ;: Fwd: C/A No.: 9:19-cv-2163-RMG-MGB Reports    10/14/20, 11:15 AM



AN Bax <office.baxlaw@gmail.com>

## RE: 19-125 ; Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv; A. Swinehammer, indv; L. Gibson, indv; and as agents/officers Town of Bluffton PD & Town of Bluff PD ;: Fwd: C/A No.: 9:19-cv-2163-RMG-MGB Reports

1 message

**leadparalegal@lawofficeofchristyscott.com**    Tue, Sep 22, 2020 at 3:50 PM
<leadparalegal@lawofficeofchristyscott.com>
To: AN Bax <office.baxlaw@gmail.com>
Cc: Christy Scott <cscott@lawofficeofchristyscott.com>

Elizabeth:

Please allow this to confirm receipt of the synchronized videos.

Are discovery responses forthcoming in addition to the documents and videos previously forwarded?

**Tamika D. Simmons**

*Lead Paralegal to Christy L. Scott*

*May everyday be filled with great expectation and overwhelming peace!*

**Law Offices of Christy L. Scott, LLC**

108 Carn Street, Post Office Box 1515

Walterboro, South Carolina 29488

Office:    (843) 782-4359

Facsimile:  (843) 782-4362

From: AN Bax <office.baxlaw@gmail.com>
Sent: Tuesday, September 22, 2020 3:04 PM

**To:** leadparalegal lawofficeofchristyscott.com <leadparalegal@lawofficeofchristyscott.com>
**Subject:** 19-125 ; Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv; A. Swinehammer, indv; L. Gibson, indv; and as agents/officers Town of Bluffton PD & Town of Bluff PD ;: Fwd: C/A No.: 9:19-cv-2163-RMG-MGB Reports

Synchronized videos

Sincerely,

Elizabeth Bufkin

Paralegal

The Bax Law Firm PA

10 Sams Point Way Ste B-1 PMB 138

Beaufort, SC 29907

O: (843) 522-0980

F: (843) 379-3115

E: office.baxlaw@gmail.com

Website: www.baxlawfirm.com

Facebook: www.facebook.com/BaxLawFirm/

***Due to the current state of emergency, Bax Law Firm is operating remotely only. We are still available via telephone (843) 522-0980 and email. We are scheduling meetings via Telephone and Zoom or Facetime video conference. Although we are receiving mail, kindly email any documents requiring an immediate or timely response.*** Our physical location will be closed until further notice.

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

---------- Forwarded message ---------
From: **AN Bax** <office.baxlaw@gmail.com>
Date: Mon, Apr 27, 2020 at 4:24 PM
Subject: C/A No.: 9:19-cv-2163-RMG-MGB Reports
To: <cscott@lawofficeofchristyscott.com>, <leadparalegal@lawofficeofchristyscott.com>
Cc: Naki Richardson-Bax <naki.baxlaw@gmail.com>, Bax Law Firm <arie.baxlaw@gmail.com>

📎 **Syncrhonized Ellis Video - Full.avi**

Please see attached Preliminary Report, Medical Records and Dental Records for the above captioned subject. Hard copies and synchronized video to follow via separate correspondence.

--

Sincerely,

Elizabeth Bufkin

Paralegal

The Bax Law Firm PA

2 Merchants Lane Suite 210

Beaufort, SC 29907

O: (843) 522-0980

F: (843) 379-3115

E: office.baxlaw@gmail.com

Website: www.baxlawfirm.com

Facebook: www.facebook.com/BaxLawFirm/

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

9:19-cv-02163-RMG-MGB   Date Filed 10/14/20   Entry Number 42-4   Page 9 of 11

Gmail - RE: 19-125 ; Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv...PD & Town of Bluff PD ;: Fwd: C/A No.: 9:19-cv-2163-RMG-MGB Reports   10/14/20, 11:13 AM

 AN Bax <office.baxlaw@gmail.com>

# RE: 19-125 ; Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv; A. Swinehammer, indv; L. Gibson, indv; and as agents/officers Town of Bluffton PD & Town of Bluff PD ;: Fwd: C/A No.: 9:19-cv-2163-RMG-MGB Reports

1 message

**leadparalegal@lawofficeofchristyscott.com** <leadparalegal@lawofficeofchristyscott.com>
To: AN Bax <office.baxlaw@gmail.com>
Cc: Christy Scott <cscott@lawofficeofchristyscott.com>

Tue, Sep 22, 2020 at 3:39 PM

Elizabeth:

Please allow this to confirm receipt of your email.  It was my pleasure as well. 

**Tamika D. Simmons**

*Lead Paralegal to Christy L. Scott*

*May everyday be filled with great expectation and overwhelming peace!*

**Law Offices of Christy L. Scott, LLC**

108 Carn Street, Post Office Box 1515

Walterboro, South Carolina 29488

Office:     (843) 782-4359

Facsimile: (843) 782-4362

From: AN Bax <office.baxlaw@gmail.com>
Sent: Tuesday, September 22, 2020 3:00 PM
To: leadparalegal lawofficeofchristyscott.com <leadparalegal@lawofficeofchristyscott.com>
Subject: 19-125 ; Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv; A. Swinehammer, indv; L. Gibson, indv; and as agents/officers Town of Bluffton PD & Town of Bluff PD ;: Fwd: C/A No.: 9:19-cv-2163-RMG-MGB Reports

Tamica

9:19-cv-02163-RMG-MGB    Date Filed 10/14/20    Entry Number 42-4    Page 10 of 11

Gmail - RE: 19-125 ; Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv...PD & Town of Bluff PD ;: Fwd: C/A No.: 9:19-cv-2163-RMG-MGB Reports    10/14/20, 11:13 AM

It was a pleasure talking to you today. Here is the Preliminary Expert Report that I sent to Ms. Scott on April 27th.

Sincerely,

Elizabeth Bufkin

Paralegal

The Bax Law Firm PA

10 Sams Point Way Ste B-1 PMB 138

Beaufort, SC 29907

O: (843) 522-0980

F: (843) 379-3115

E: office.baxlaw@gmail.com

Website: www.baxlawfirm.com

Facebook: www.facebook.com/BaxLawFirm/

***Due to the current state of emergency, Bax Law Firm is operating remotely only. We are still available via telephone (843) 522-0980 and email. We are scheduling meetings via Telephone and Zoom or Facetime video conference. Although we are receiving mail, kindly email any documents requiring an immediate or timely response.*** Our physical location will be closed until further notice.

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

---------- Forwarded message ----------
From: **AN Bax** <office.baxlaw@gmail.com>
Date: Mon, Apr 27, 2020 at 3:21 PM
Subject: C/A No.: 9:19-cv-2163-RMG-MGB Reports
To: <cscott@lawofficeofchristyscott.com>, <leadparalegal@lawofficeofchristyscott.com>
Cc: AN Bax <office.baxlaw@gmail.com>, Naki Richardson-Bax <naki.baxlaw@gmail.com>

Please see attached Preliminary Report, Medical Records and Dental Records for the above captioned

9:19-cv-02163-RMG-MGB   Date Filed 10/14/20   Entry Number 42-4   Page 11 of 11

Gmail - RE: 19-125 ; Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv...PD & Town of Bluff PD ;: Fwd: C/A No.: 9:19-cv-2163-RMG-MGB Reports     10/14/20, 11:13 AM

subject. Hard copies and synchronized video to follow via separate correspondence.

📄 Preliminary Expert Report, 4-1-2020.pdf

--

Sincerely,

Elizabeth Bufkin

Paralegal

The Bax Law Firm PA

2 Merchants Lane Suite 210

Beaufort, SC 29907

O: (843) 522-0980

F: (843) 379-3115

E: office.baxlaw@gmail.com

Website: www.baxlawfirm.com

Facebook: www.facebook.com/BaxLawFirm/

Notice: This communication contains confidential information belonging to the sender which may be legally privileged, confidential and exempt from disclosure under applicable federal or state law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.