# EXHIBIT E

9:19-cv-02163-RMG-MGB    Date Filed 10/14/20    Entry Number 42-5    Page 2 of 2

Gmail - RE: 19-125 ; Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv;...n of Bluffton PD & Town of Bluff PD ;: C/A No.: 9:19-cv-2163-RMG-MGB    10/14/20, 11:58 AM



AN Bax <office.baxlaw@gmail.com>

## RE: 19-125 ; Ted D. Ellis & Teresa Ellis v. C. Kirkman, indv; A. Swinehammer, indv; L. Gibson, indv; and as agents/officers Town of Bluffton PD & Town of Bluff PD ;: C/A No.: 9:19-cv-2163-RMG-MGB

1 message

**leadparalegal@lawofficeofchristyscott.com** <leadparalegal@lawofficeofchristyscott.com>    Tue, Sep 8, 2020 at 1:42 PM
To: AN Bax <office.baxlaw@gmail.com>
Cc: Bax Law Firm <arie.baxlaw@gmail.com>, Naki Richardson-Bax <naki.baxlaw@gmail.com>, Christy Scott <cscott@lawofficeofchristyscott.com>

Great day, Elizabeth:

Thank you for speaking with me with regards to the above referenced matter.

Please allow this to confirm receipt of the Preliminary Report of Seth Stoughton along with the service package initially forwarded to our office in April 2020. As discussed, I was unaware that this had occurred. In any event, I apologize for any frustration and inconvenience that this may have caused.

Destiny is no longer employed by the firm. To date, I have not had an opportunity to review what was left behind; however, I can assure you that this will not happen in the future.

**Tamika D. Simmons**

*Lead Paralegal to Christy L. Scott*

*May everyday be filled with great expectation and overwhelming peace!*

**Law Offices of Christy L. Scott, LLC**

108 Carn Street, Post Office Box 1515

Walterboro, South Carolina 29488

Office:    (843) 782-4359

Facsimile: (843) 782-4362