IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Ted D. Ellis and Teresa Ellis, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Cody Kirkman, Individually: Amber )<br>Swinehammer, Individually: Lindsey )<br>Gibson, Individually; Cody C. Kirkman, )<br>Amber Swinehammer, and Lindsey )<br>Gibson, as agents/officers of Town of )<br>Bluffton Police Department; and Town )<br>Bluffton Police Department, )<br>)<br>Defendants. )<br>_____ ) | C/A No.: 9:19-cv-2163-RMG |

_____

## STATUS REPORT
_____

By the Court's Order, (Docket Entry 53), the Court granted Defendants' Motion to extend the existing stay of all activity in the instant matter until April 28, 2021 and required monthly status updates. There have been no published decisions regarding the status of the criminal investigation into the underlying matter. The undersigned counsel engaged in conference with AUSA Ben Garner assigned to the Criminal Investigation. Through this conversation, it was confirmed that the investigation is still on-going and that no prosecutorial decision has yet been made in the matter.

To date, the reasons set forth in support of the Order to Stay remain unchanged.

Doc # 876

          Respectfully submitted,

          LAW OFFICES OF CHRISTY L. SCOTT, LLC

By:   <u>s/Christy L. Scott</u>
       Christy L. Scott, Fed. ID No. 6215
       Post Office Box 1515, 108 Carn Street
       Walterboro, SC 29488
       (843) 782-4359
       Email: cscott@lawofficeofchristyscott.com

       ATTORNEY FOR DEFENDANTS
Cody C. Kirkman, Individually and as an Officer of Town of Bluffton Police Department; Amber Swinehamer, (mistakenly spelled Swinehammer), Individually and as an Officer of Town of Bluffton Police Department; former Bluffton police officer Lindsey Gibson, sued individually and as a former police officer of the Bluffton Police Department and the Town of Bluffton Police Department

February 16, 2021

Walterboro, South Carolina