IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Ted D. Ellis and Teresa Ellis, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Cody Kirkman, Individually: Amber )<br>Swinehammer, Individually: Lindsey )<br>Gibson, Individually; Cody C. Kirkman, )<br>Amber Swinehammer, and Lindsey )<br>Gibson, as agents/officers of Town of )<br>Bluffton Police Department; and Town )<br>Bluffton Police Department, )<br>)<br>Defendants. )<br>_____ ) | C/A No.: 9:19-cv-02163-RMG-MGB |

_____

## STATUS REPORT
_____

By the Court's Order, (Docket Entry 58), the Court granted Defendants' Motion to extend the existing stay of all activity in the instant matter until July 28, 2021 and required monthly status updates. The undersigned counsel engaged in a conference with FBI Agent George French on today's date. He advises that they are pending receipt of one response to a Grand Jury Subpoena for information. He confirms that there have been no published decisions regarding the status of the criminal investigation into the underlying matter and no prosecutorial decision has been made. The investigation is on-going. To date, the reasons set forth in support of the Order to Stay remain unchanged.

Doc #947

Respectfully submitted,

LAW OFFICES OF CHRISTY L. SCOTT, LLC

By: s/Christy L. Scott
Christy L. Scott, Fed. ID No. 6215
Post Office Box 1515, 108 Carn Street
Walterboro, SC 29488
(843) 782-4359
Email: cscott@lawofficeofchristyscott.com

ATTORNEY FOR DEFENDANTS
Cody C. Kirkman, Individually and as an Officer of Town of Bluffton Police Department; Amber Swinehamer, (mistakenly spelled Swinehammer), Individually and as an Officer of Town of Bluffton Police Department; former Bluffton police officer Lindsey Gibson, sued individually and as a former police officer of the Bluffton Police Department and the Town of Bluffton Police Department

May 20, 2021
Walterboro, South Carolina

Doc #947