IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Ted D. Ellis and Teresa Ellis, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C/A No.: 9:19-cv-02163-RMG-MGB |
| ) | |
| Cody Kirkman, Individually: Amber ) | |
| Swinehammer, Individually: Lindsey ) | |
| Gibson, Individually; Cody C. Kirkman, ) | |
| Amber Swinehammer, and Lindsey ) | |
| Gibson, as agents/officers of Town of ) | |
| Bluffton Police Department; and Town ) | |
| Bluffton Police Department, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

_____

## STATUS REPORT
_____

By the Court's Order, (Docket Entry 58), monthly status updates are required. On today's date, the undersigned counsel confirmed by telephonic consultations with Assistant United States Attorney Ben Garner and FBI Agent George French that while the requested records were now in hand, they awaited a final decision on the direction of the investigation. Thus, no prosecutorial decision has been made to date and, therefore, the reasons set forth in support of the Order to Stay remain unchanged.

        Respectfully submitted,

        LAW OFFICES OF CHRISTY L. SCOTT, LLC

By:    s/Christy L. Scott
        Christy L. Scott, Fed. ID No. 6215
        Post Office Box 1515, 108 Carn Street
        Walterboro, SC 29488
        (843) 782-4359
        Email: cscott@lawofficeofchristyscott.com

        ATTORNEY FOR DEFENDANTS
Cody C. Kirkman, Individually and as an Officer of Town of Bluffton Police Department; Amber Swinehamer, (mistakenly spelled Swinehammer), Individually and as an Officer of Town of Bluffton Police Department; former Bluffton police officer Lindsey Gibson, sued individually and as a former police officer of the Bluffton Police Department and the Town of Bluffton Police Department

July 13, 2021

Walterboro, South Carolina

Doc #989