# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| Ted D. Ellis and Teresa Ellis, ) | Civil Action No. 9:19-cv-2163-RMG-MGB |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Cody C. Kirkman, Individually; Amber ) | |
| Swinehammer, Individually; Lindsey ) | |
| Gibson, Individually; Cody C. Kirkman, ) | |
| Amber Swinehammer, and Lindsey ) | |
| Gibson, as Agents/Officers of Town of ) | |
| Bluffton Police Department; and Town of ) | |
| Bluffton Police Department, ) | |
| ) | |
| Defendants. ) | |

Before the Court is Defendants' motion to extend the existing stay of all activity in the instant matter for 90 days. (Dkt. No. 71). For good cause shown and in the interests of justice, the Court GRANTS the motion. This matter is further stayed until October 26, 2021. Defendants shall continue to provide the Court with monthly status reports.

AND IT IS SO ORDERED

August 3, 2021  
Charleston, South Carolina

MARY GORDON BAKER  
UNITED STATES MAGISTRATE JUDGE

1