IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Ted D. Ellis and Teresa Ellis, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C/A No.: 9:19-cv-02163-RMG-MGB |
| | ) | |
| Cody Kirkman, Individually; Amber Swinehammer, Individually; Lindsey Gibson, Individually; Cody C. Kirkman, Amber Swinehammer, and Lindsey Gibson, as agents/officers of Town of Bluffton Police Department; and Town Bluffton Police Department, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

_____

**STATUS REPORT**
_____

By the Court's Order, (Docket Entry 74), monthly status updates are required. On today's date, the undersigned counsel confirmed by telephonic consultations with Assistant United States Attorney out of Washington, DC, Kyle Boyton who confirmed that the FBI agent handing the matter had recently retired and that a new agent was being assigned. As such, he advises that no prosecutorial decision has been made and they await a final decision on the direction of the investigation. Therefore, the reasons set forth in support of the Order to Stay remain unchanged.

Doc #1002

Respectfully submitted,

LAW OFFICES OF CHRISTY L. SCOTT, LLC

By:    <u>s/Christy L. Scott</u>
        Christy L. Scott, Fed. ID No.  6215
        Post Office Box 1515, 108 Carn Street
        Walterboro, SC 29488
        (843) 782-4359
        Email: cscott@lawofficeofchristyscott.com

        ATTORNEY FOR DEFENDANTS
        Cody C. Kirkman, Individually and as an Officer of Town of Bluffton Police Department; Amber Swinehamer, (mistakenly spelled Swinehammer), Individually and as an Officer of Town of Bluffton Police Department; former Bluffton police officer Lindsey Gibson, sued individually and as a former police officer of the Bluffton Police Department and the Town of Bluffton Police Department

August 12, 2021

Walterboro, South Carolina

Doc #1002