IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

Ted D. Ellis and Teresa Ellis,            )
                                          )
            Plaintiffs,                   )
                                          )
     v.                                   )     C/A No.:  9:19-cv-02163-RMG-MGB
                                          )
Cody Kirkman, Individually; Amber         )
Swinehammer, Individually; Lindsey        )
Gibson, Individually; Cody C. Kirkman,    )
Amber Swinehammer, and Lindsey            )
Gibson, as agents/officers of Town of     )
Bluffton Police Department; and Town      )
Bluffton Police Department,               )
                                          )
            Defendants.                   )
_____ )

_____

**STATUS REPORT**
_____

On today's date, the undersigned counsel confirmed by telephonic consultations with

Assistant United States Attorney Ben Garner that following retirement of Special Agent

George French of the Federal Bureau of Investigations, a new FBI agent has been

assigned and is assuming the case.  As a result, we are advised that there will be some

delay in the completion of the pending investigation.  Thus, to date, no prosecutorial

decision has been made and they await a final decision on the direction of the investigation.

Therefore, the reasons set forth in support of the Order to Stay remain unchanged.

Doc #1016

Respectfully submitted,

LAW OFFICE OF CHRISTY L. SCOTT, LLC

By:    s/Christy L. Scott
Christy L. Scott, Fed. ID No.  6215
Post Office Box 1515, 108 Carn Street
Walterboro, SC 29488
(843) 782-4359
Email: cscott@lawofficeofchristyscott.com

ATTORNEY FOR DEFENDANTS
Cody C. Kirkman, Individually and as an Officer
of Town of Bluffton Police Department; Amber
Swinehamer,         (mistakenly         spelled
Swinehammer), Individually and as an Officer of
Town of Bluffton Police Department; former
Bluffton police officer Lindsey Gibson, sued
individually and as a former police officer of the
Bluffton Police Department and the Town of
Bluffton Police Department

September 13, 2021

Walterboro, South Carolina

Doc #1016