IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Ted D. Ellis and Teresa Ellis, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Cody Kirkman, Individually; Amber )<br>Swinehammer, Individually; Lindsey )<br>Gibson, Individually; Cody C. Kirkman, )<br>Amber Swinehammer, and Lindsey )<br>Gibson, as agents/officers of Town of )<br>Bluffton Police Department; and Town )<br>Bluffton Police Department, )<br>)<br>Defendants. )<br>_____ ) | C/A No.:  9:19-cv-02163-RMG-MGB |

_____

**STATUS REPORT**
_____

On today's date, the undersigned counsel confirmed by telephonic consultation with Assistant United States Attorney Kyle Boyton of the United States Department of Justice that no prosecutorial decision has been made to date.  AUSA Boyton advised that he has provided investigative information to the US Attorney's office and that he would advise this office of their impending decision. While the reasons set forth in support of the Order to Stay remain unchanged, we are advised that a final decision on the direction of the investigation is expected.

Doc #1043

        Respectfully submitted,

        LAW OFFICE OF CHRISTY L. SCOTT, LLC

By:   s/Christy L. Scott
       Christy L. Scott, Fed. ID No. 6215
       Post Office Box 1515, 108 Carn Street
       Walterboro, SC 29488
       (843) 782-4359
       Email: cscott@lawofficeofchristyscott.com

       ATTORNEY FOR DEFENDANTS
       Cody C. Kirkman, Individually and as an Officer of Town of Bluffton Police Department; Amber Swinehamer, (mistakenly spelled Swinehammer), Individually and as an Officer of Town of Bluffton Police Department; former Bluffton police officer Lindsey Gibson, sued individually and as a former police officer of the Bluffton Police Department and the Town of Bluffton Police Department

November 15, 2021

Walterboro, South Carolina