IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Ted D. Ellis and Teresa Ellis, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C/A No.: 9:19-cv-02163-RMG-MGB |
| ) | |
| Cody Kirkman, Individually; Amber ) | |
| Swinehammer, Individually; Lindsey ) | |
| Gibson, Individually; Cody C. Kirkman, ) | |
| Amber Swinehammer, and Lindsey ) | |
| Gibson, as agents/officers of Town of ) | |
| Bluffton Police Department; and Town ) | |
| Bluffton Police Department, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

_____

**STATUS REPORT**
_____

The undersigned counsel confirmed through telephonic consultation with Assistant United States Attorney Kyle Boyton of the United States Department of Justice, Washington DC office, that as of today's date, no prosecutorial decision has been made in this matter. AUSA Boyton advised that a staffing of the case for final recommendations is eminent and that he would advise of the outcome at his earliest opportunity once a decision is made. The reasons set forth in support of the Motion and Order to Stay remain unchanged to date. A final decision on the direction of the investigation is expected soon.

Doc #1086

Respectfully submitted,

LAW OFFICE OF CHRISTY L. SCOTT, LLC

By: s/Christy L. Scott
Christy L. Scott, Fed. ID No. 6215
Post Office Box 1515, 108 Carn Street
Walterboro, SC 29488
(843) 782-4359
Email: cscott@lawofficeofchristyscott.com

ATTORNEY FOR DEFENDANTS
Cody C. Kirkman, Individually and as an Officer of Town of Bluffton Police Department; Amber Swinehamer, (mistakenly spelled Swinehammer), Individually and as an Officer of Town of Bluffton Police Department; former Bluffton police officer Lindsey Gibson, sued individually and as a former police officer of the Bluffton Police Department and the Town of Bluffton Police Department

February 18, 2022

Walterboro, South Carolina

Doc #1086